IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TAMMY MARIE WALL, SPECIAL
ADMINISTRATRIX OF THE ESTATE
OF GEORGE THOMAS ADMASON, III,
DECEASED                                                                                                PLAINTIFF

v.                                              Case No. 4:22-cv-4061

MELTON TRUCK LINES, INC., *et al.*                                                          DEFENDANTS

## ORDER

Before the Court is a Motion to Dismiss filed by Plaintiff. ECF No. 28. Plaintiff moves the Court to dismiss this action because complete diversity of citizenship does not exist between Plaintiff and all Defendants. Thus, the Court lacks subject matter jurisdiction. *See* 28 U.S.C. 1332(a). Further, Plaintiff has alleged no viable basis for federal-question jurisdiction. *See* 28 U.S.C. § 1331. Upon consideration, the Court finds that the Motion to Dismiss (ECF No. 28) should be and hereby is **GRANTED**. Accordingly, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of September, 2022.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge